## Case No. 7,047.

### INGRAM v. BUTT.

[4 Cranch, C. C. 701.] [1]

Circuit Court, District of Columbia. March Term, 1836.

[1] [Reported by Hon. William Cranch, Chief Judge.]

Mr. Bradley, for defendant,

Mr. Dermott, contrà.

THE COURT (MORSELL, Circuit Judge, doubting) permitted the evidence to be given. The plaintiff became nonsuit.